**Willie Leslie SINCLAIR, a/k/a Willie McKethan, Appellant,**

**v.**

**Kathleen SINCLAIR, a/k/a Kathleen McKethan, Appellee.**

**No. 2354.**

Municipal Court of Appeals for the District of Columbia.

Argued March 9, 1959.

Decided June 9, 1959.

---

1. Indeed, the debt sued on was not even that of the recipient of the benefits.

Jack Politz, Washington, D. C., for appellant.

Betty Mace Hedrick, Arlington, Va., for appellee.

Before ROVER, Chief Judge, HOOD, Associate Judge, and CAYTON (Chief Judge, Retired) sitting by designation under Code, § 11–776(b).

PER CURIAM.

Appellant husband was granted an absolute divorce on the ground of five years' voluntary separation. The court in its judgment granted the wife custody of the two minor children of the parties, aged eight and six, and directed appellant to pay $60.00 a month for the support of the children. The only error claimed by appellant is that the amount of support is not justified by the evidence. We have examined the record and find no error.

Affirmed.